UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESUS E. VILLA,                                              :
                                                         :
       Plaintiff,          :    25-CV-4609 (RA) (OTW)
                                                         :
       -against-           :    **SCHEDULING ORDER**
                                                         :
GARAN SERVICES CORP.,                                        :
                                                         :
       Defendant.          :
                                                         :
                                                         :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's motion to dismiss (ECF 19). In accordance with Judge Abrams's Individual Rules and Practices, Plaintiff shall file a letter by **October 28, 2025**, informing the Court whether he intends to amend the Complaint in response to Defendant's motion to dismiss. Plaintiff may file an amended complaint as of right before **November 5, 2025**. *See* Fed. R. Civ. P. 15(a)(1)(B). The Court will not grant leave to amend later based on arguments in Defendant's motion.

**IT IS FURTHER ORDERED** that if Plaintiff does not file a letter by October 28 stating his intent to amend his complaint, the briefing schedule for Defendant's motion to dismiss shall be:

- Opposition due **November 11, 2025**;
- Reply due on or before **December 1, 2025**.

Any request for an extension or adjournment shall be made by letter motion and filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Dated: October 23, 2025
      New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge