**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JESUS E. VILLA,

Plaintiff,

-against-

GARAN SERVICES CORP.,

Defendants.

25-CV-4609 (RA) (OTW)

**PRO SE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On June 16, 2026, the Court granted Plaintiff's counsel's Motion to Withdraw. (ECF 51).

As of June 18, 2026, Plaintiff is now proceeding Pro Se. (ECF 51).

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information.

Mr. Villa's motion asking the court for permission to participate in electronic case filing was granted on August 10, 2026. (ECF 62). Mr. Villa consented to receiving electronic service on May 30, 2025. (ECF 2).

The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiff's last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records.

The Plaintiff is directed to file a letter on the docket by **September 1, 2026** discussing whether he will be seeking new counsel or is planning to proceed Pro Se.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 10, 2026
New York, New York