**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JESUS E. VILLA,

Plaintiff,

-against-

GARAN SERVICES CORP.,

Defendant.

-----------------------------------------------------------x

25-CV-4609 (RA) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 64. The parties' submissions thereafter indicate that the parties are proceeding with discovery. Accordingly, the Court considers the service issues resolved. Defendant is directed to file their answer by **September 14, 2026.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 24, 2026
New York, New York