**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JESUS E. VILLA,

Plaintiff,

-against-

GARAN SERVICES CORP.,

Defendant.

------------------------------------------------------------x

25-CV-4609 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 70. The parties are directed to file separate status letters that detail what discovery has been completed, what discovery is ongoing, what parties' plans are to complete discovery, and any ongoing or anticipated disputes. Parties' letters should reference their proposed case management plan at ECF 65-1. The parties are directed to file their separate letters by **October 30, 2026.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 2, 2026
New York, New York